IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LEE LEBOON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION | : | |
| SERVICES, LLC | : | |
| Defendant. | : | NO. 18-1978 |

# <u>O R D E R</u>

**AND NOW**, this 9th day of October, 2018, upon consideration of Plaintiff Steven Lee Leboon's Complaint (Doc. No. 1), Defendant Equifax Information Services, LLC's Motion to Dismiss (Doc. No. 6), Mr. Leboon's Response in Opposition to the Motion to Dismiss (Doc. No. 8), Mr. Leboon's Motion for Summary Judgment (Doc. No. 9), Equifax's Response in Opposition to the Motion for Summary Judgment (Doc. No. 10), and Mr. Leboon's Reply (Doc. No. 11), it is **ORDERED** that:

1. Equifax's Motion to Dismiss (Doc. No. 6) is **GRANTED** such that Mr. Leboon's complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Mr. Leboon's Motion for Summary Judgement (Doc. No. 9) is **DEEMED MOOT**.

3. Mr. Leboon shall be permitted to file an amended complaint by November 9, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE