IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LEBOON,<br>*Plaintiff, Pro Se* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| EQUIFAX INFORMATION<br>SERVICES, LLC,<br>*Defendant.* | : <br> : <br> : | NO. 18-1978 |

## ORDER

**AND NOW**, this 15th day of July, 2019, upon consideration of Plaintiff Steven Leboon's Amended Complaint (Doc. No. 15), Defendant Equifax Information Services, LLC's Motion to Dismiss (Doc. No. 16), Mr. Leboon's Response (Doc. No. 17), and Mr. Leboon's Motion for Leave to File Second Amended Complaint (Doc. No. 23), it is **ORDERED** that:

1. Equifax's Motion to Dismiss (Doc. No. 16) is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying Memorandum;

2. Mr. Leboon's Motion for Leave to File Second Amended Complaint (Doc. No. 23) is **DENIED WITHOUT PREJUDICE** as set forth in the accompanying Memorandum; and

3. Mr. Leboon shall be permitted to amend his complaint to replead his 15 U.S.C. §§ 1681e(b) and 1681i claims and to add factual allegations concerning Equifax's alleged second effort to block him from accessing his credit report. If Mr. Leboon intends to do so, he shall file a motion for leave to file a second amended complaint by August 9, 2019. He shall attach a proposed Second Amended Complaint to any such motion that clearly sets forth how the inclusion of the DS Waters trade line in his credit report was *factually* inaccurate.[1] If

---

[1] Mr. Leboon is instructed that he should only replead his Section 1681e(b) and 1681i claims if he believes in *good faith* that he can remedy the deficiencies highlighted by the Court in the accompanying Memorandum.

1

Equifax opposes any such motion filed by Mr. Leboon, it shall file a response within twenty-one (21) days of the docketing of the motion.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE