# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LEBOON, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| EQUIFAX INFORMATION SERVICES, LLC, *Defendant* | : : : | NO. 18-1978 |

## ORDER

**AND NOW**, this 6th day of February, 2020, upon consideration of the Court's July 15, 2019 Memorandum and Order (Doc. Nos. 26 and 27), Plaintiff Steven LeBoon's Second Motion for Leave to File Second Amended Complaint (Doc. No. 29), Defendant Equifax Information Services, LLC's response thereto (Doc. No. 32), Mr. LeBoon's Motion to Compel (Doc. No. 30), Equifax's response thereto (Doc. No. 31), Mr. LeBoon's Request to Strike (Doc. No. 33), and Equifax's response thereto (Doc. No. 34), it is **ORDERED**, as set forth in the accompanying Memorandum, that:

1. Mr. LeBoon's Motion for Leave to File Second Amended Complaint (Doc. No. 29) is **DENIED WITH PREJUDICE**;

2. Mr. LeBoon's Motion to Compel (Doc. No. 30) is **DENIED**; and

3. Mr. LeBoon's Request to Strike (Doc. No. 33) is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE